[No. 9137-9-I. Division One. June 15, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL
WARREN LANDER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79-1-00750-8, Shannon Wetherall, J., entered
July 7, 1980. *Affirmed* by unpublished opinion per Callow,
J., concurred in by Williams and Corbett, JJ.

[No. 8226-4-I. Division One. June 15, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDREA
DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 90633, Barbara J. Rothstein, J., entered
November 13, 1979. *Affirmed* by unpublished opinion per
Williams, J., concurred in by James, C.J., and Swanson, J.

[No. 9200-6-I. Division One. June 15, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY
KEITH THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-1-00048-5, Richard M. Ishikawa, J.,
entered August 14, 1980. *Reversed* and *remanded* by
unpublished per curiam opinion.